UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

|   |   |
|---|---|
| JERRY ARTRIP,<br>        Plaintiff,<br><br>     v.<br><br>BALL CORPORATION<br>and ALCOA INC.,<br>        Defendants. | Case No. 1:14-cv-00014-JPJ-PMS<br>District Judge James P. Jones<br>Magistrate Judge Pamela Meade Sargent |

### ERRATA

In paragraphs 19 and 20 of the Amended Complaint, 7,036.492 should be 7,234,907.

Respectfully submitted,

*s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar No. 38419

Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688

Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

*Counsel for the Plaintiff Jerry Artrip*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014, I electronically filed the foregoing Errata with the Clerk of the Court using the CM/ECF system, which will send information to all counsel of record.

*s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar No. 38419

Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688

Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro