IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **JERRY ARTRIP,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **THE BALL COMPANY, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The parties having indicated no objection, this case is STAYED for the reasons set forth in the Order entered January 21, 2015 (ECF No. 63), until further order of the Court, provided, however, that the plaintiff must proceed to properly serve a Summons and Second Amended Complaint on both Ball Corporation and Ball Metal Beverage Container Corporation within the time extended by said Order of January 21, 2015. The defendants are not required to respond to the Second Amended Complaint until further ordered by the Court.

It is so **ORDERED**.

ENTER: January 23, 2015

/s/ James P. Jones
United States District Judge