# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JERRY ARTRIP,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14CV00014 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **BALL CORPORATION, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the Motion to Dismiss (ECF No. 115) is GRANTED, and the plaintiff's action against defendants Ball Corporation and Ball Metal Beverage Container Corp. is DISMISSED WITH PREJUDICE.

The Clerk shall close the case.

ENTER:   November 3, 2017

/s/  James P. Jones
United States District Judge