FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

**United States District Court**

for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
NOV 30 2017
JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

Jerry Artrip, Plaintiff,

v.   Case No. 1:14-cv-00014

BALL CORPORATION, et al., Defendants
ALCOA INC

## NOTICE OF APPEAL

Notice is hereby given that Jerry Artrip (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit _____ (from the final judgment) ((from an order) (describe the order)) entered in this action on Nov 3, 2017

FINAL ORDER. DISMISSED WITH PREJUDICE

/s/ Jerry Artrip
(Signature of appellant or attorney)

JERRY ARTRIP
164 KALUNA AVE
BLUFF CITY TN. 37618

(Address of appellant or attorney and e-mail address)

Reset Fields