# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

|  |  |
|---|---|
| JERRY ARTRIP,<br>   Plaintiff,<br><br>  v.<br><br>BALL CORPORATION,<br>BALL METAL BEVERAGE<br>CONTAINER CORP.,<br>and ALCOA INC.,<br>   Defendants. | Case No. 1:14-cv-00014-JPJ-PMS<br>District Judge James P. Jones<br>Magistrate Judge Pamela Meade Sargent<br><br>MOTION TO WITHDRAW<br>AS COUNSEL |

**NOW COMES** Stephen Christopher Swift of Swift & Swift, Attorneys at Law, P.L.L.C., former counsel to Plaintiff, Jerry Artrip ("Artrip") to hereby move this Honorable Court for an Order allowing withdrawal as counsel; and in support of said motion, show unto the court the following:

1. I noticed an appearance in the case on August 27, 2014 at Artrip's bequest.

2. I received a telephone call from Atrip informing me that I was discharged, shortly before Dale Jensen entered an appearance on March 30, 2015.

3. I have had no involvement in this case since being discharged by telephone by Artrip.

4. Dale Jensen has now withdrawn.

5. Artrip has decided to proceed pro se.

6. Artrip has filed a pro se Notice of Appeal.

**WHEREFORE**, undersigned counsel respectfully requests that this Honorable Court grant counsel's Motion to Withdraw as Counsel for Plaintiff Jerry Artrip.

-1-

Respectfully submitted,

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift, VSB # 38419
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 353-8205
E-Mail: steve@swift.law.pro

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the

Clerk of Court, who will send notice of such filing to the following registered CM/ECF users:

Mark M. Supko
Michael H. Jacobs
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Defendant Alcoa, Inc.*

Steven R. Minor
ELLIOT LAWSON & MINOR
The Piedmont Building
110 Piedmont Avenue, Suite 300
Bristol, Virginia 24201
*Counsel for the Defendants Ball Corporation
and Ball Metal Beverage Container Corp.*

I further certify that on December 18, 2017, I sent a copy of the foregoing document via

first class mail to:

Mr. Jerry Artrip
164 Kaluna Avenue
Bluff City, Tennessee 37618-1231

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift

-2-